JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| FRANKLIN R. GALLEGOS, ) | Case No. EDCV 09-1275-MLG |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: January 27, 2010

_____
MARC L. GOLDMAN
United States Magistrate Judge